UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v. **Case No: 6:98-cr-91-Orl-41GJK**

**LEVONIA RIDLEY**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's *pro se* Motion for Leave to Appeal *In Forma Pauperis* (Doc. 227). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 229), which recommends that the motion be denied. Defendant filed an Objection (Doc. 230).

After an independent *de novo* review of the record, this Court agrees entirely with the analysis in the Report and Recommendation. Additionally, the Court notes that Defendant appears to seek review of the Court's Order (Doc. 219) denying Defendant's Motion to Reduce Sentence (Doc. 215) as successive and of a subsequent Order (Doc. 223) denying Defendant's Motion for Reconsideration (Doc. 222). (*See* Doc. 230 at 1). However, the Court's previous refusal to reduce Defendant's sentence has already been reviewed and affirmed, (*see generally* May 8, 2014 Opinion, Doc. 204), and Defendant has not obtained permission from the Eleventh Circuit Court of Appeal to file a successive petition, *see* 28 U.S.C. § 2255(h). Thus, Defendant's appeal is frivolous and is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Therefore, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 229) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Defendant's *pro se* Motion for Leave to Appeal *In Forma Pauperis* (Doc. 227) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party